# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION,** | § | |
| | § | |
| **V.** | § | A-20-MC-867-RP |
| | § | |
| **SURESCRIPTS LLC** | § | |

## ORDER

Before the Court is the above-entitled cause of action which has been referred by the District Court for disposition. Having been notified by the parties via joint Status Report (Dkt. No. 15) that no further Court intervention is required, the Court ORDERS any pending motions be dismissed and this cause of action CLOSED.

SIGNED this 13th day of October, 2020.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE